DANIEL J. BRODERICK, #89424
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Nathan Morgan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-00356 LJO-1 |
| Plaintiff, | ORDER TO DISMISS PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION |
| v. | |
| NATHAN MORGAN, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

On May 27, 2008, defendant Nathan Morgan was sentenced to imprisonment and a term of supervised release in the Southern District of California for violating 18 U.S.C. §2252(a)(4)(B). On June 27, 2011, courtesy supervised release supervision commenced in the Eastern District of California. On October 15, 2012, jurisdiction was transferred to the Eastern District of California in case No. 1:12-cr-00356 LJO. On October 17, 2012, this Court signed a Petition for Warrant or Summons for Offender Under Supervision. The Petition was filed on October 18, 2012, and it charges that Mr. Morgan violated the terms of his supervised release by "viewing [adult] pornographic material." On October 24, 2012, Mr. Morgan was arrested on the Petition and an Initial Appearance was held before the Hon. Sheila K. Oberto.

/ / /

/ / /

/ / /

1  After a detention hearing on October 26, 2012, Magistrate Judge Oberto ordered Mr. Morgan released on
2  conditions pending the resolution of the case.

3  While the United States Probation Office believed that the terms of Mr. Morgan's supervised
4  release prohibited him from viewing adult pornography, the defense believed this was not the case and
5  obtained a transcript of the sentencing hearing in the Southern District of California.  Copies of the
6  transcript were provided to the probation office and the government.  A review of the transcript establishes
7  that the sentencing judge did not order Mr. Morgan to refrain from viewing adult pornography.

8  At a status conference before Magistrate Judge Oberto, on December 14, 2012, the Probation
9  Office moved to dismiss the violation petition.  The government does not object to the Probation Office
10 motion.

11 Based on the foregoing, **IT IS HEREBY REQUESTED** that the Petition for Warrant or
12 Summons for Offender Under Supervision charging that Mr. Morgan violated the terms of his supervised
13 release by viewing pornographic material, filed October 18, 2012, be dismissed.

14 DATED: December 19, 2012

DANIEL J. BRODERICK
Federal Defender

By /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Nathan Morgan

**O R D E R**

IT IS SO ORDERED.

**Dated:   December 19, 2012**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE